UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD W. PALMER

    Plaintiff,

vs.                                                      CASE NO.: 3:10-CV-175-J-25TEM

DEPUTY GEORGE S. GAZDICK,
Individually, and SHERIFF DAVID B.
SHOAR, in his official capacity,

    Defendants.
_____/

## JOINT MOTION FOR VOLUNTARY DISMISSAL

Plaintiff, RICHARD W. PALMER, and Defendants DAVID B. SHOAR, individually and in his official capacity as Sheriff of St. Johns County, Florida, and GEORGE S. GAZDICK, individually and in his official capacity as Deputy Sheriff appointed by Sheriff SHOAR, by undersigned counsel, stipulate and agree that the claims of Plaintiff Richard W. Palmer, against the above-named Defendants be voluntarily dismissed with prejudice.

**WHEREFORE,** Plaintiff and the above described Defendants move that the court dismiss the Complaint with prejudice, with the parties to bear their own costs, expenses and attorney's fees.

Respectfully submitted this _16_ day of ~~February~~ MARCH, 2011.

_____
SETH SCHWARTZ
Florida Bar No. 739421
The Schwartz Law Group, PA.
10365 Hood Road South, Suite 105
Jacksonville, FL 32257
Tel:   (904) 292-0222
Fax:  (904) 292-0044
*Attorneys for Plaintiff*

_____
JOHN W. JOLLY, JR.
Florida Bar No. 291961
JOLLY & PETERSON, P.A.
Post Office Box 37400
Tallahassee, Florida 32315
Tel:   (850) 422-0282
Fax:  (850) 422-1913
*Attorney for Sheriff Shoar*